UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO.: 1:21-cv-00070-GNS

*ELECTRONICALLY FILED*

| | |
|---|---|
| DEREK MORTLAND | PLAINTIFF |
| VS. | |
| JALARAM KRUPA LLC | DEFENDANT |

## NOTICE OF SETTLEMENT

Notice is hereby given by Defendant, Jalaram Krupa LLC, that this action has been settled, and that the parties are currently completing settlement documentation along with an AGREED ORDER OF DISMISSAL.

The Defendant has no objection to the case remaining on the active docket until the parties finalize settlement.

This 7th day of March, 2022.

> Ian A. Loos
> Ryan E. Galloway
> Bell, Orr, Ayers & Moore, PSC
> 1010 College Street;
> P.O. Box 738
> Bowling Green, KY  42102-0738
> Phone: (270) 781-8111
> Fax: (270) 781-9027
> *loos@boamlaw.com*
> *galloway@boamlaw.com*
>
> /s/ Ian A. Loos_____
> *Counsel for Defendant,*
> *Jalaram Krupa LLC*

**CERTIFICATE OF SERVICE**

This is to certify that a true and exact copy of the
foregoing has this day been electronically filed with
the Clerk of the Court by using the CM/ECF system,
which will send a notice of electronic filing to the following:

Colin G. Meeker
495 Portage Lakes Dr.
Akron, OH 44319
**cgm@bmblaw.com**
*Counsel for Plaintiff*

This 7th day of March, 2022.

/s/ Ian A. Loos_____
*Counsel for Defendant,*
*Jalaram Krupa LLC*