UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO.: 1:21-cv-00070-GNS

*ELECTRONICALLY FILED*

| | |
|---|---|
| DEREK MORTLAND | PLAINTIFF |
| VS. | |
| JALARAM KRUPA LLC | DEFENDANT |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Comes the Plaintiff, by counsel, and Defendants, by counsel, and hereby advise the Court, as evidenced by their signatures hereto, that they are in agreement as to dismissal of all claims asserted, or which could have been asserted, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that all claims of Plaintiff which have been asserted, or which could have been asserted herein, are dismissed with prejudice, this action is dismissed with prejudice, and each party shall bear her, his or its own costs and attorneys fees.

**HAVE SEEN AND AGREED**:

| | |
|---|---|
| /s/ Collin G. Meeker (w/ permission) | /s/ Ian A. Loos |
| Colin G. Meeker | Ian A. Loos |
| Blakemore, Meeker & Bowler Co., LPA | Bell, Orr, Ayers & Moore, PSC |
| 495 Portage Lakes Dr. | P. O. Box 738 |
| Akron, OH 44319 | Bowling Green, KY 42102-0738 |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant*** |